1

**DEBORAH HOOPER**
2683 Via de la Valle, #G-252
2   Del Mar, CA 92014
(760) 742-1620
3

4   Plaintiff *In Pro Se*



5

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

'07 CV 1647       JAH CAB

11   DEBORAH HOOPER, an individual,        Case No.

12                  Plaintiff,              **COMPLAINT FOR**
                                            **DAMAGES**
13
     vs.
14                                          (1) 42 U.S.C. § 1983 (Excessive
     COUNTY OF SAN DIEGO; SAN DIEGO         force)
15   COUNTY SHERIFF'S DEPARTMENT;           (2) Cal. Const., Art. I § 13
     SHERIFF WILLIAM B. KOLENDER, in        (3) Cal. Civ. Code § 52.1
16   his official and individual capacities;
     DEPUTY SHERIFF KIRK TERRELL, in        **DEMAND FOR JURY TRIAL**
17   his official and individual capacities; and
     DOES 1 through 10,
18
19                  Defendants.

20

21               **JURISDICTION AND VENUE**

22
         1.The claims herein are asserted pursuant to the United States Constitution and 42
23
     U.S.C. § 1983, *et seq*., and the jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§
24
     1331, 1367(a).
25
         2. The acts complained of arose in this District, and therefore venue lies in this District
26
27   pursuant to 28 U.S.C. § 1391.

28

-1-                                         00023822.WPD

**PARTIES**

3. Plaintiff is an individual. At all times relevant hereto, plaintiff was a residence of the County of San Diego.

4. Defendant County of San Diego ("San Diego") is a local governmental public entity existing under the laws of the State of California. Defendant San Diego County Sheriff's Department ("SDCSD") is also a public entity and an agency of San Diego. Defendant William B. Kolender ("Kolender") was and is, at all times relevant, the San Diego County Sheriff, while defendant San Diego County Sheriff's Deputy Kirk Terrell ("Terrell") was, at all times relevant, a San Diego County Deputy Sheriff.

5. Plaintiff is ignorant of the true names and capacities of defendants sued herein as Does 1 through 10, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will give notice of their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that defendants Does 1 through 10 are responsible in some manner for the damages and injuries hereinafter complained of. Plaintiff sues Does 1 through 10 in both their individual and official capacities.

6. Plaintiff sues defendants Kolender and Terrell, and DOES in both their individual and official capacities.

7. Plaintiff is informed and believes and based thereon alleges that defendants San Diego, SDCSD and Kolender are responsible for implementing, maintaining, sanctioning, or condoning a policy, custom or practice under which the illegal or wrongful acts hereinafter complained of occurred. By reason of this policy, practice or custom, these defendants are liable for the damages hereinafter complained of.

8. Plaintiff is informed and believes and thereupon alleges that at all times relevant herein defendants, and each of them, were the agents, servants and employees of the other defendants. At all times herein, defendants, and each of them, were acting under the color

-2-

00023822.WPD

1   of state law.

2                        **INCIDENT FACTS**

3       9. In the early evening of May 9, 2006, in the vicinity of 129 El Camino Real,

4   Encinitas, California, defendant Terrell arrested plaintiff. During the course of that arrest,

5   plaintiff was subjected to excessive force as a result of defendants' actions and inaction. The

6   excessive force including allowing or ordering a SDCSD police dog to attack and bite plaintiff

7   on her head, causing plaintiff to suffer serious and life threatening injuries. Thereafter,

8   plaintiff was incarcerated in the SDCSD jail on a charges of violating, *inter alia*, Cal. Pen.

9   Code § 148(A)(1).

10

11      10. Plaintiff is informed and believes and based thereon alleges that among the

12  policies, practices and customs referred to in paragraph seven tolerated and/or condoned by

13  defendants San Diego and SDCSD "hurt a man – charge a man." Under this policy, practice

14  or custom, if an officer believes he has wrongly hurt a person, the officer will seek to secure

15  the filing of a criminal charge against the person, such as a charge of violating Cal. Penal

16  Code § 148. The officer seeks the filing of such charges in the belief that a conviction will

17  prevent the person from suing for his injuries wrongfully inflicted by the officer. Tolerating

18  or condoning a "hurt a man – charge a man" encourages officers to use excessive force.

19

20             **FIRST CAUSE OF ACTION -- 42 U.S.C. § 1983**

21                     **(Against all Defendants)**

22      11. Defendants' conduct as alleged violated plaintiff's rights as secured by the Fourth

23  and Fourteenth Amendments to the United States Constitution, thereby entitling plaintiff to

24  sue for damages under 42 U.S.C. § 1983.

25  ///

26  ///

27  ///

28

                               -3-                        00023822.WPD

## SECOND CAUSE OF ACTION -- CAL. CONST., ART. I § 13

### (Against San Diego, SDCSD Only)

12. The use of unreasonable and/or excessive force by the officers against plaintiff during the course of his arrest violated plaintiff's rights under the California constitution, Article I, sections 7, 13, thereby entitling plaintiff to sue for damages directly under these provisions of the California constitution.

13. Under Cal. Gov't Code § 815.2(a), defendants San Diego and are liable for the misconduct of the officers and deputies, committed within the course and scope of their employment.

## THIRD CAUSE OF ACTION -- CAL. CIV. CODE § 52.1(b)

### (Against San Diego County and SDCSD Only)

14. The use of unreasonable and/or excessive force against plaintiff during the course of his arrest violated plaintiff's state and federal rights through intimidation, threats and/or coercion, thereby entitling plaintiff to sue for damages under Cal. Civ. Code § 52.1(b).

15. Under Cal. Gov't Code § 815.2, defendants San Diego County and SDCSD are liable for the misconduct of the San Diego County Sheriff's Deputies, committed within the course and scope of their employment.

16. Within six months of the date of plaintiff's injuries, plaintiff timely filed a claim for damages under Cal. Gov't Code § 910 with defendant San Diego. While that claim was pending, criminal proceedings arising from plaintiff's May 9, 2006 arrest were pending against plaintiff, and those proceedings were still pending in the San Diego Superior Court when San Diego denied plaintiff's § 910 claim. The criminal proceedings were not resolved in the superior court until on or about February 21, 2007. This lawsuit is commenced within six months of February 21, 2007, and is therefore timely. Cal. Gov't Code § 945.3

///

00023822.WPD

## PRAYER FOR RELIEF

17. Wherefore, plaintiff seeks judgment as follows:

18. Compensatory general and special damages in an amount according to proof;

19. As against the individual defendants only, punitive damages;

20. In additional to actual damages identified above, statutory damages as allowed by law for each wrongful act;

21. Attorneys fees and costs under Civil Code §§ 52(b)(3), 52.1(h); C.C.P. § 1021.5;

22. Attorneys fees and costs under 42 U.S.C. § 1988; and

23. The costs of this suit and such other relief as the Court finds just and proper.

DATED: August 20, 2007

_Deborah Hooper_     8/20/07
Deborah Hooper
Plaintiff *In Pro Se*

1

### DEMAND FOR JURY TRIAL

2      Plaintiff demands a jury trial.

3    DATED: August 20, 2007

4

5

6                    _Deborah Hooper_      8/20/07
                     Deborah Hooper
7                    Plaintiff *In Pro Se*

8

9

10

11

CIVIL COVER SHEET

FILED

AUG 2 0 2007

DEPUTY

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)

DEBORAH HOOPER, an individual

**DEFENDANTS**

COUNTY OF SAN DIEGO; SAN DIEGO COUNTY, WILLIAM B. KOLENDER, SHERIFF WILLIAM B. KOLENDER, in his official and individual capacities; DEPUTY SHERIFF KIRK TERRELL, in his official and individual capacities; and DOES 1 through 50

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
San Diego

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Deborah Hooper
2683 Via de la Valle, #G-252
Del Mar, CA 92014
(760) 742-1620
Plaintiff In Pro Se

Attorneys (If Known)

'07 CV 1647      JAH CAB

**I. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No

☑ **MONEY DEMANDED IN COMPLAINT:** $ According to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. Section 1983; excessive force

**VII. NATURE OF SUIT** (Place an X in one box only)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 511 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 810 Selective Service | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret Inc Security Act. |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 895 Freedom of Information Act | ☐ 220 Foreclosure | | ☑ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | ☐ 690 Other | ☐ 864 SSID, Title XVI |
| ☐ 890 Other Statutory Actions | ☐ 245 Tort Product Liability | | | | ☐ 865 RSI (405(g)) |
| | ☐ 290 All Other Real Property | | | | FEDERAL TAX SUITS |
| | | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes

If yes, list case number(s):

FOR OFFICE USE ONLY:   Case Number:

CV-71 (01/03)                                CIVIL COVER SHEET                                Page 1 of 2

CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.**

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☒ No   ☐ Yes

*If yes, list case number(s):* _____

Civil cases are deemed related if a previously filed case and the present case:
(Check *all* boxes that apply)   ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
         ☐ B. Involve the same or substantially the same parties or property;
         ☐ C. Involve the same patent, trademark or copyright;
         ☐ D. Call for determination *of* the same or substantially identical questions *of* law, or
         ☐ E. Likely for other reasons may entail unnecessary duplication *of* labor *if* heard by different judges.

IX. VENUE: List the California County, or State *if* other than California, in which EACH named plaintiff resides (Use an additional sheet *if* necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

County of San Diego

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Unknown as to each defendant

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): *Deborah Hooper*                    Date August 20, 2007

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended: Also, *include claims* by hospitals, *skilled* nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |