FILED

OCT - 4 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HOOPER, | Civil No.07cv1647 JAH(KSC) |
| Plaintiff, | **SPECIAL VERDICT** |
| v. | |
| COUNTY OF SAN DIEGO; *et al.*, | |
| Defendants. | |

We, the jury in the above-entitled cause, hereby make the following findings:

As to plaintiff's Section 1983 claim:

1. Did defendant Kirk Terrell use unreasonable force in arresting plaintiff Deborah Hooper?

    \_\_\_\_\_ Yes         ✓ No

(*If your answer to question 1 is "Yes," please answer question 2. If you answered "No," do not answer any other questions. Please sign and date this verdict*).

2. Was the use of unreasonable force a cause of injury to Plaintiff Deborah Hooper?

    \_\_\_\_\_ Yes         \_\_\_\_\_ No

(*Regardless of your answer to question 2, answer question 3*).

07cv1647

As to plaintiff's Section 52.1 claim:

3. Did Kirk Terrell deliberately use or threaten to use threats, intimidation or coercion against Deborah Hooper in effecting an unreasonable seizure?

____ Yes        __✗__ No

(*If your answer to question 3 is "Yes," please answer question 4.  If you answered "No," please go directly to question 5*).

4. Was Kirk Terrell's conduct in question 3 a cause of injury to plaintiff Deborah Hooper?

____ Yes        ____ No

(*If your answer to question 2 or 4 is "Yes," please answer question 5*).

5. State the total amount of compensatory damages you award Plaintiff Deborah Hooper:

$ _____

(*If your answer to question 2 is "Yes," please answer question 6*).

6. Did defendant Kirk Terrell act with malice, oppression or reckless disregard to the rights of plaintiff Deborah Hooper?

____ Yes        ____ No

(*If your answer to question 6 is "Yes," please answer question 7. If your answer to question 6 is "No," please sign and date this verdict*).

7. What amount of punitive damages, if any, do you award Plaintiff Deborah Hooper?

$ _____

DATED: _10-4-13_

*Mary Lou Cruice*
FOREPERSON