UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HOOPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; SHERIFF WILLIAM B. KOLENDER, in his official and individual capacities; DEPUTY SHERIFF KIRK TERRELL, in his official and individual capacities; DOES 1-10,,<br><br>Defendants. | Case No.: 07cv01647-JAH (KSC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION ALLOWING USE OF ELECTRONIC EQUIPMENT IN COURTROOM (Doc. No. 340)** |

Upon consideration of Defendants' *ex parte* motion, IT IS HEREBY ORDERED that defense counsel may bring and use the following electronic equipment during trial of the above captioned matter, scheduled to begin on March 3, 2020:

1. Laptop;
2. Monitor;
3. iPad;
4. Wi-Fi device;

5. Computer speakers, if necessary; and

6. Computer cables/power cords.

**IT IS SO ORDERED.**

DATED: February 24, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE