UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HOOPER, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; SHERIFF WILLIAM B. KOLENDER, in his official and individual capacities; DEPUTY SHERIFF KIRK TERRELL, in his official and individual capacities; DOES 1-10,,<br><br>　　　　　　　　　　Defendants. | Case No.: 07cv01647-JAH (KSC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION ALLOWING DEFENDANTS TO BRING EXHIBIT IN COURTROOM DURING TRIAL (Doc. No. 344)** |

　　Upon consideration of Defendants' *ex parte* motion, IT IS HEREBY ORDERED that defense counsel may bring a fake training firearm and holster during trial of the above captioned matter, scheduled to begin on March 3, 2020.

　　**IT IS SO ORDERED.**

DATED:　　February 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1