1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
9     SOUTHERN DISTRICT OF CALIFORNIA
10

11    DEBORAH HOOPER, an individual,          Case No.:  07cv1647-JAH (KSC)
12                           Plaintiff,       **SPECIAL VERDICT FORM**
13    v.
14    COUNTY OF SAN DIEGO;
      DEPUTY SHERIFF KIRK TERRELL,
15    in his official and individual capacities;
16    and DOES 1 through 10,
17                           Defendants.
18
19
20
21
22
23
24
25
26
27
28

We, the jury in the above-entitled cause, find by a preponderance of the evidence as follows:

1. Did Defendant Terrell violate the Fourth Amendment under 42 U.S.C. § 1983?

_____ Yes          ✗ No

*(If your answer to question 1 is "Yes," please answers questions 2 and 6. If you answered "No," please answer questions 3 and 6.)*

2. Did that § 1983 violation cause injury to Plaintiff?

_____ Yes          _____ No

*(Regardless of your answer to question 2, please answer question 3.)*

3. Did Defendant Terrell violate the Fourth Amendment under the Bane Act, California Civil Code § 52.1?

_____ Yes          ✗ No

*(If your answer to question 3 is "Yes," please answer questions 4 and 6. If you answered "No" to both questions 1 and 3, please answer question 6, then date and sign this verdict. If you answered "No" to both questions 2 and 3, please answer question 6, then date and sign this verdict. If you answered "Yes" to question 2 and "No" to question 3, please answer question 5.)*

4. Did that § 52.1 violation cause injury to Plaintiff?

_____ Yes          _____ No

*(If your answer to question 4 is "Yes," please answer questions 5 and 6. If you answered "No" to both questions 1 and 4, please answer question 6, then date and sign this verdict. If you answered "no" to both questions 2 and 4, please answer question 6, then date and sign this verdict.)*

///
///

07cv1647-JAH (KSC)

**5.** State the amount of compensatory damages, if any, you award to Plaintiff:

$_____

**6.** Regardless of your verdict on the Section 1983 claim and the Bane Act Claim, do you unanimously find by a preponderance of the evidence that:

(a) Plaintiff resisted Defendant Terrell's attempt to handcuff her after her arrest by jerking her hand or arm away from him?

_____X_____ Yes                    _____ No

(b) Plaintiff grabbed or placed her hand on Defendant Terrell's gun?

_____X_____ Yes                    _____ No

(c) Plaintiff continued to resist during the dog bite?

_____X_____ Yes                    _____ No

(d) The dog continued to bite after Plaintiff stopped resisting?

_____ Yes                    _____X_____ No

(e) The dog continued to bite Plaintiff after Plaintiff was no longer a threat to the safety of Defendant Terrell and/or the bystanders?

_____ Yes                    _____X_____ No

DATED: _10-13-2021_

3

07cv1647-JAH (KSC)