UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HOOPER,<br><br>                       Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; SHERIFF WILLIAM B. KOLENDER, in his official and individual capacities; DEPUTY SHERIFF KIRK TERRELL, in his official and individual capacities; and DOES 1 through 10,<br><br>                       Defendants. | Case No.: 3:07-cv-1647-JAH-KSC<br><br>**ORDER VACATING HEARING** |

After a careful review of the Parties' submissions, the Court deems Plaintiff Deborah Hooper's Motion for Partial Judgment Notwithstanding the Verdict, or in the Alternative, a New Trial, (ECF No. 494), suitable for adjudication with oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED the telephonic hearing set for March 2, 2022, at 10:30 a.m. is **vacated**. The Court will issue an order in due course.

    **IT IS SO ORDERED.**

DATED: February 18, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1